**In the Matter of the Application for DISCIPLINARY ACTION AGAINST James R. BRITTON, a Member of the Bar of the State of North Dakota.**

**DISCIPLINARY BOARD OF THE SUPREME COURT OF the STATE OF NORTH DAKOTA, Petitioner,**

v.

**James R. BRITTON, Respondent.**

**No. 900192.**

Supreme Court of North Dakota.

June 20, 1990.

ORDER OF SUSPENSION

On May 14, 1990, the Report of the Disciplinary Board and Findings and Recommendations of the Hearing Panel recommending that James R. Britton be suspended from the practice of law in the state of North Dakota for a period of six (6) months were filed with this Court. Subsequently, on May 29, 1990, a Stipulation of discipline signed by Disciplinary Counsel and the Respondent was filed with a Petition requesting the Court to enter an order suspending James R. Britton from the practice of law for a period of six (6) months. Upon request of the Court, Disciplinary Counsel further explained the Stipulation for discipline in light of the Standards for Imposing Lawyer Sanctions.

After consideration, the Supreme Court approved the Stipulation, and

ORDERED, that the certificate of admission and license to practice law in the state of North Dakota of James R. Britton be suspended for a period of six (6) months effective September 1, 1990.

IT IS FURTHER ORDERED, that Britton comply with the requirements of Rule 6.3 of the North Dakota Procedural Rules for Lawyer Disability and Discipline.

Reinstatement after the six month period of suspension will be automatic provided Britton complies with the provisions of Rule 4.5(B), North Dakota Procedural Rules for Lawyer Disability and Discipline.

> RALPH J. ERICKSTAD,
> Chief Justice
> GERALD W. VANDE WALLE,
> Justice
> H.F. GIERKE III,
> Justice
> HERBERT L. MESCHKE,
> Justice

LEVINE, J., was absent and did not participate.